IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REGIONAL HEALTHCARE GROUP LLC, ROBERT HOUSTON MCDOWELL a/k/a HOUSTON MCDOWELL, KELLY MORT, GUARDIAN BIOLOGICS LLC, DR. JENNALOU HOLLNAGEL-KAUFFMAN a/k/a DR. JENNALOU HOLLNAGEL, STEPHEN BRADBURY, JENNA SEAWRIGHT a/k/a JENNA BISHOP, AND KEVIN ROBSON,<br><br>Defendants. | Case No. 4:26-cv-00944-O |

**APPENDIX IN SUPPORT OF PLAINTIFF
LEGACY MEDICAL CONSULTANTS, LP'S MOTION FOR REMAND**

Plaintiff Legacy Medical Consultants, LP ("Plaintiff" or "Legacy") submits this *Appendix in Support of Plaintiff's Motion for Remand*.

| EX. NO. | DESCRIPTION | PAGES |
|:---:|---|:---:|
| A | Affidavit of Dr. Jenna Louise Hollnagel Kauffman, DPM | App. 001 – 013 |
| B | Affidavit of Jenna Lynn Bishop, NP | App. 014 – 019 |
| C | August 3-4, 2026 email chain between counsel for the Removing Defendants and counsel for Plaintiff regarding removal consent | App. 020 – 022 |
| D | July 31, 2026 email chain between counsel for the Nonconsenting Defendants and counsel for Plaintiff regarding removal consent | App. 023 – 028 |

1

| E | August 4, 2026 email from counsel for the Nonconsenting Defendants to counsel for Plaintiff regarding removal consent | App. 029 – 032 |
|---|---|---|

Dated: August 11, 2026

**BLANK ROME LLP**

*/s/ Megan Altobelli*
Megan A. Altobelli
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1450 Main
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 11th day of August, 2026, true and correct copies of Plaintiff's *Motion for Remand*, *Appendix* in support thereof, *Memorandum of Law* in support thereof, and a *Proposed Order* were served upon all counsel of record via the Court's CM/ECF system.

*/s/ Megan Altobelli*
Megan Altobelli

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

LEGACY MEDICAL CONSULTANTS, LP,
SUCCESSOR IN INTEREST TO LEGACY
MEDICAL CONSULTANTS, LLC,

          Plaintiff,

   v.

REGIONAL HEALTHCARE GROUP LLC,
ROBERT HOUSTON MCDOWELL a/k/a
HOUSTON MCDOWELL, KELLY MORT,
GUARDIAN BIOLOGICS LLC, DR.
JENNALOU HOLLNAGEL-KAUFFMAN
a/k/a DR. JENNALOU HOLLNAGEL,
STEPHEN BRADBURY, JENNA
SEAWRIGHT a/k/a JENNA BISHOP, AND
KEVIN ROBSON,

          Defendants.

**Case No. 4:26-cv-00944-O**

## AFFIDAVIT OF DR. JENNA LOUISE HOLLNAGEL KAUFFMAN, DPM

**STATE OF TENNESSEE**
**COUNTY OF** Williamson

     Before me, the undersigned notary, on this day personally appeared Jenna Louise "JennaLou" Hollnagel Kauffman, who, being duly sworn by me, stated as follows:

     1.     My name is JennaLou Hollnagel Kauffman. I am over the age of eighteen (18) years and am competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

     2.     I am a named defendant in the above-captioned action.

     3.     I was personally served in this action on July 15, 2026.

     4.     I do not consent to the removal of this action to federal court.

     5.     At no time did the other defendants, their attorneys, or anyone else ask me to consent to the removal of this action to federal court, and I have never provided consent to anyone for the removal of this action to federal court.

**App. 002**

6.      My only communications with the other defendants or their attorneys since the commencement of this action in state court are as follows:

a.  Defendants Kelly Mort and Houston McDowell have texted me multiple times about the lawsuit, but never asked for my consent to removal of this action to federal court, nor did I provide any such consent. If anything, Defendants Mort and McDowell attempted to mislead me by telling me that they were seeking to have me "removed" from the case, which I understood to mean being dismissed as a defendant rather than a removal of the case to federal court. *See* **Exhibit A**.

b.  On Tuesday, July 4, 2026, Attorney Matt Meyer, counsel for the other defendants, called me directly and left me a voicemail. I am represented by Attorney Michael Alfred, so I did not return Attorney Meyer's call.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: 08/10/2026 _____


_____
JENNA LOUISE HOLLNAGEL KAUFFMAN


Subscribed and sworn to before me this 10th day of August, 2026.


_____
Notary Public
State of Texas

| | |
|---|---|
| NOTARY PUBLIC · STATE OF TEXAS (seal) | **Lisa Ruiz**<br>_____<br>ID NUMBER<br>128242855<br>COMMISSION EXPIRES<br>**April 29, 2030** |

Electronically signed and notarized online using the Proof platform.

**App. 003**

EXHIBIT
A

5:46



**2 People** ›

iMessage
🔒 Encrypted

Tue, Jun 16 at 12:56 PM

> Hey guys, I hope you're well. I just got a letter from a lawyer from Legacy naming me in a lawsuit. I have not been served papers.
> I don't know who legacy is, but your guys's name is also on the lawsuit. Do you guys have a lawyer that can get my name removed?

Houston McDowell

Hi Ms Jenna Lou, yes, it's unfortunate. We are catching up under these circumstances, but Kelly and I have been in touch with a Healthcare Attorney who is fully up-to-date on the matter.

I had a 45 minute zoom with him on Friday of last week, and he has some suggestions for us to get our names removed.

It looks like they have named several individuals, which is very uncommon. Typically you would have to have signed a personal

g   iMessage order for that to
hold up.

App. 004



**2 People** ›

It looks like they have named several individuals, which is very uncommon. Typically you would have to have signed a personal guarantee in order for that to hold up.

So, Kelly is on vacation this week with family, but we should all connect on who we want that to be early next week. We have some in mind already.

Legacy, by the way is the tissue bank that we originally worked with. They provided product.

Why are they sueing

Houston McDowell

Accounts receivables unpaid by Regjonal Healthcare Group. So invoices left open. What they're leaving out of the suit, is they put in product assurance program document into the hands of all of their customers, which clearly states that if an insurance verification is run through their third-party company, and the patient is approved for treatment, and the claim does not pay the customer, per their document is not responsible for

iMessage

App. 005

**5:46** 🌙  📶 🛜 **98**

‹ **6**

**KM**
**HM**

**2 People** ›   are they sueing

Houston McDowell

Accounts receivables unpaid by Regjonal Healthcare Group. So invoices left open. What they're leaving out of the suit, is they put in product assurance program document into the hands of all of their customers, which clearly states that if an insurance verification is run through their third-party company, and the patient is approved for treatment, and the claim does not pay, the customer, per their document is not responsible for the invoice. This is the case for likely 90% of the open balance.

So, as of January 1 of 2025 Kelly took over ownership of Regional healthcare group, his team is going to have to provide a lot of billing documentation that these claims didn't pay, along with the IVR forms.

**HM**

Why was I even named though. Who is Courtney Pendergraft?

Houston McDowell

+ U    iMessage  hy they named you,
Courtney is an NP who worked
for Regjonal as well.



**App. 006**

**5:47**

**2 People ›**

**Houston McDowell**

Unclear on why they named you, Courtney is an NP who worked for Regjonal as well.

Thu, Jul 9 at 6:45 AM

Just got served

**Kelly Mort**

We did also. We have been in constant communication with Legal and will follow up later today with next steps.

Thank you

Do you have the NP number

**Kelly Mort**

Courtney?

Yea

**Kelly Mort**

+1 (276) 346-6908

Fri, Jul 10 at 9:12 AM

iMessage

to know why I was named and

App. 007

**5:47** 🌙

< 6    .ly Mort    **2 People** ›

+1 (276) 34...

Fri, Jul 10 at 9:12 AM

> Morning, did you get an update from your legal team? I would like to know why I was named and how to get it off

Kelly Mort

Good Morning
  We are going to collectively retain an attorney to represent all of us and get all of our names individually removed. We are waiting for a list of referred attorneys.

Houston McDowell

The company carried a umbrella insurance policy that we are hoping covers the cost for attorneys fees to get this handled. Kelly submitted the policy to legal yesterday, and I believe he has submitted the lawsuit to the claims department with the insurance company as well. Kelly, can you confirm that last part?

Kelly Mort

 Confirmed

+    iMessage    🎤

**App. 008**

5:44 🌙

< 6

**HM**

**Houston** ›

iMessage
🔒 Encrypted

Thu, Jun 18 at 10:20 AM

Can I get Courtney's contact info

Thu, Jun 18 at 4:49 PM

Hey sorry just getting back to you. It's been a zoom and meeting heavy day. Let me see if I still have her number. She left a long time ago to go work for a more local Mobile Woundcare Co.

Btw...here are some updates and details for you...

Our attorney has looked at this.

Legacy has 50+ lawsuits right now. Essentially, they never collected from customers as part of their business strategy, and now that they appear to be under OIG investigation they are pursuing collection lawsuits against all previous customers.

Our attorney looked at the lawsuits, and they are doing the same pressure tactic in every lawsuit. They sue everyone who was at all associated with the practice, and sue individuals all

+   iMessage   🎤

App. 009

5:45 🌙

< ⑥   **HM**

**Houston** ›

Our attorney looked at the lawsuits, and they are doing the same pressure tactic in every lawsuit - they sue everyone who was at all associated with the practice, and sue individuals, all to try and pressure a settlement. This is NOT unique to us.

Our attorney is actively pursuing a potential resolution. That said, if you are amenable, we are also proposing to engage/pay for an attorney to represent YOU under a joint defense with the company's counsel. Hopefully it doesn't come to that, though.

Wed, Jun 24 at 7:34 AM

Thank you!

Wed, Jul 15 at 1:08 PM

Afternoon! Again, sorry that we are catching up after so long because of a matter like this with legacy, but I wanted to bring you up to speed after a zoom we had with council this morning. We have one more interview this afternoon at 4:00, but we are likely going to have Mr. Scott

+   iMessage   🎤



**Houston** ›

Wed, Jul 15 at 1:08 PM

Afternoon! Again, sorry that we are catching up after so long because of a matter like this with legacy, but I wanted to bring you up to speed after a zoom we had with council this morning. We have one more interview this afternoon at 4:00, but we are likely going to have Mr. Scott Lindsey out of Texas represent all of the individuals named in Legacy's lawsuit. We at some point we'll just need your permission acknowledging that you would like for him to represent you in the matter. He has handled one of these already with Legacy, and successfully filed a motion to dismiss.

Fri, Jul 24 at 9:44 AM

Hi Jenna Lou, we retained an attorney to represent all individuals named in the legacy matter. His name is Scott Lindsey out of Texas. Would you mind writing me a quick email just acknowledging that Mr Lindsey is going to represent this defense and file a motion to have individuals removed from the

iMessage

App. 011

houston@volbiologics.com



**Houston** ›

Fri, Jul 24 at 9:44 AM

Hi Jenna Lou, we retained an attorney to represent all individuals named in the legacy matter. His name is Scott Lindsey out of Texas. Would you mind writing me a quick email just acknowledging that Mr Lindsey is going to represent this defense and file a motion to have individuals removed from the suit ?

houston@volbiologics.com

Fri, Jul 24 at 3:25 PM

Hi!

I very much appreciate the inclusion in your representation, however my lawyer here advised that I hire my own attorney to represent myself.

They can share information and hopefully gain some leverage by hitting this case from multiple angles.

Let's keep in close contact.

Delivered

+ iMessage

App. 012

Hey! Thanks for the info and that

**5:45** 🌙

‹ **6**



**HM**

**Houston** ›

houston@volbic...

📹

Fri, Jul 24 at 3:25 PM

Hi!

I very much appreciate the inclusion in your representation, however my lawyer here advised that I hire my own attorney to represent myself.

They can share information and hopefully gain some leverage by hitting this case from multiple angles.

Let's keep in close contact.

Delivered

Sat, Jul 25 at 9:27 AM

Hey! Thanks for the info and that sounds great. Sorry to bother you on a weekend, but if you'll send me your attorneys name and contact info, I'll get that over to ours. His name is Scott Lindsey with BPW Law

Scott Lindsey
817-887-8147
slindsey@bpwlaw.com

+    iMessage 🎤

**App. 013**

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>REGIONAL HEALTHCARE GROUP LLC, ROBERT HOUSTON MCDOWELL a/k/a HOUSTON MCDOWELL, KELLY MORT, GUARDIAN BIOLOGICS LLC, DR. JENNALOU HOLLNAGEL-KAUFFMAN a/k/a DR. JENNALOU HOLLNAGEL, STEPHEN BRADBURY, JENNA SEAWRIGHT a/k/a JENNA BISHOP, AND KEVIN ROBSON,<br><br>        Defendants. | **Case No. 4:26-cv-00944-O** |

<u>**AFFIDAVIT OF JENNA LYNN BISHOP, NP**</u>

**STATE OF SOUTH CAROLINA**
**COUNTY OF** Greenville

      Before me, the undersigned notary, on this day personally appeared Jenna Lynn Bishop, who, being duly sworn by me, stated as follows:

      1.     My name is Jenna Bishop. I am over the age of eighteen (18) years and am competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

      2.     I am a named defendant in the above-captioned action.

      3.     I was personally served in this action on July 12, 2026.

      4.     I do not consent to the removal of this action to federal court.

      5.     At no time did the other defendants, their attorneys, or anyone else ask me to consent to the removal of this action to federal court, and I have never provided consent to anyone for the removal of this action to federal court.

**App. 015**

6. My only communications with the other defendants or their attorneys since the commencement of this action in state court are as follows:

  a. Defendant Kelly Mort has called me multiple times, but I did not answer. Defendant Kelly Mort also left me a voicemail, but I did not return his call.

  b. Defendant Kelly Mort also texted me twice and asked me to speak with him. However, I did not respond to the text messages. *See* **Exhibit A**.

  c. On Wednesday, August 5, 2026, Attorney Matt Meyer, counsel for the other defendants, called me directly. I informed Attorney Meyer that I was represented by Attorney Michael Alfred and that I could not speak with him. Attorney Meyer then asked if I would nonetheless speak with him and that the conversation would only take a few minutes. I declined again and ended the call.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: 08/10/2026

JENNA LYNN BISHOP

Subscribed and sworn to before me this 10th day of August, 2026.

Notary Public
State of Texas

Lisa Ruiz

ID NUMBER
128242855
COMMISSION EXPIRES
April 29, 2030

Electronically signed and notarized online using the Proof platform.

**App. 016**



Link to ShareFile Audio:

https://verislaw.sharefile.com/d-sb5282b4ee6294d398d90aab524c0c6d8





# EXHIBIT C

| | |
|---|---|
| **From:** | Scott Lindsey <slindsey@bpwlaw.com> |
| **Sent:** | Tuesday, August 4, 2026 3:36 PM |
| **To:** | Gilliam, Jack |
| **Cc:** | mbreaugh@thehlp.com; tniskar@thehlp.com; Matt Meyer; Harbist, Nicholas; Zwillenberg, Naomi; Altobelli, Megan; CMikel@thehlp.com; Moore, Greg |
| **Subject:** | Re: Legacy v Regional / Guardian et al. -- Update on Representation and Upcoming Deadlines |

You don't often get email from slindsey@bpwlaw.com. Learn why this is important

Jack,

Thanks for your patience given my travel schedule. I'm circling back on this, and we're confident we have the consents required. If Legacy is considering a motion to remand, please mark us as opposed.

Thank you for confirming the agreement on the extension to August 17.

Best regards,

Scott Lindsey

slindsey@bpwlaw.com
817-887-8147

---

**From:** Scott Lindsey <slindsey@bpwlaw.com>
**Date:** Monday, August 3, 2026 at 3:32 PM
**To:** "Gilliam, Jack" <jack.gilliam@blankrome.com>
**Cc:** "mbreaugh@thehlp.com" <mbreaugh@thehlp.com>, "tniskar@thehlp.com" <tniskar@thehlp.com>, Matt Meyer <MMeyer@bpwlaw.com>, "Harbist, Nicholas" <nicholas.harbist@blankrome.com>, "Zwillenberg, Naomi" <naomi.zwillenberg@blankrome.com>, "Altobelli, Megan" <megan.altobelli@blankrome.com>, "CMikel@thehlp.com" <CMikel@thehlp.com>, "Moore, Greg" <greg.moore@blankrome.com>
**Subject:** Re: Legacy v Regional / Guardian et al. -- Update on Representation and Upcoming Deadlines

Hi Jack.

I've been out of the office all day and just beginning to look at a few emails. I'll dig into this tonight and be in touch tomorrow.

Best regards,

Scott Lindsey

slindsey@bpwlaw.com
817-887-8147

---

**From:** "Gilliam, Jack" <jack.gilliam@blankrome.com>
**Date:** Monday, August 3, 2026 at 11:04 AM
**To:** Scott Lindsey <slindsey@bpwlaw.com>

**App. 021**

**Cc:** "mbreaugh@thehlp.com" <mbreaugh@thehlp.com>, "tniskar@thehlp.com" <tniskar@thehlp.com>, Matt Meyer <MMeyer@bpwlaw.com>, "Harbist, Nicholas" <nicholas.harbist@blankrome.com>, "Zwillenberg, Naomi" <naomi.zwillenberg@blankrome.com>, "Altobelli, Megan" <megan.altobelli@blankrome.com>, "CMikel@thehlp.com" <CMikel@thehlp.com>, "Moore, Greg" <greg.moore@blankrome.com>
**Subject:** RE: Legacy v Regional / Guardian et al. -- Update on Representation and Upcoming Deadlines

Scott –

I am reaching out as Megan is out of office today. We reviewed the Notice of Removal filed on Friday, July 31, 2026 in *Legacy Medical Consultants, LP v. Regional Healthcare Group LLC et al.*, Civil Action No. 4:26-cv-00944-O. The Notice represents that it was filed "with the consent of all other Defendants who have been properly joined and served." However, the Supplemental Civil Cover Sheet filed with the Notice states that "counsel of record for the remaining Defendants is not yet known to the removing Defendants."

As you know, all properly served defendants must consent to removal. Dr. JennaLou Hollnagel-Kauffman and Jenna Seawright were both properly served before the Notice of Removal was filed. Based on the information available to us, neither Dr. Hollnagel-Kauffman nor Ms. Seawright consented to the removal. Given your involvement in this matter, can you confirm whether anyone contacted Dr. Hollnagel-Kauffman or Ms. Seawright to obtain their consent to removal before the Notice was filed? If not, what consent were you referring to in your filing? **Please let us know by close of business today.**

Further, your understanding of the extension is correct. Defendants' Answer would ordinarily be due 7 days after filing the Notice of Removal, or Friday, August 7, and we agree to a ten-day extension, or until Monday, August 17, 2026.

Thank you,

Jack

**Jack Sawyer Gilliam** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5621 | mobile: +1.267.250.7080
jack.gilliam@blankrome.com | bio

**App. 022**

# EXHIBIT D

**From:** Michael Alfred <malfred@verislaw.net>
**Sent:** Friday, July 31, 2026 6:52 PM
**To:** Gilliam, Jack; Lisa Ruiz
**Cc:** Harbist, Nicholas; Zwillenberg, Naomi; Altobelli, Megan; Moore, Greg; Lemon, Kenna
**Subject:** RE: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

Jack,

Jenna Seawright (Bishop) has confirmed she did not consent either.

Let me know how I can help further.  As a former law clear in the Fort Worth Division, I am very familiar with Judge O'Connor, and he is quite strict about representations being made in his court.

Thanks,
Mike

**Michael S. Alfred**
VerisLaw, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
malfred@verislaw.net
(817) 678-4121 (office)
(214) 402-7719 (mobile)
(512) 717-7230 (facsimile)



---

**From:** Michael Alfred
**Sent:** Friday, July 31, 2026 5:46 PM
**To:** 'Gilliam, Jack' <jack.gilliam@blankrome.com>; Lisa Ruiz <lruiz@verislaw.net>
**Cc:** Harbist, Nicholas <nicholas.harbist@blankrome.com>; Zwillenberg, Naomi <naomi.zwillenberg@blankrome.com>; Altobelli, Megan <megan.altobelli@blankrome.com>; Moore, Greg <greg.moore@blankrome.com>; Lemon, Kenna <kenna.lemon@blankrome.com>
**Subject:** RE: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

Jack, I can confirm that Dr. Hollnagel did not consent.  I have screenshots of text messages that Dr. Hollnagel sent to Houston McDowell in which she advised did not want to be represented by their attorneys and instead was getting her own attorney.

I have not heard back from Jenna Seawright (Bishop) yet, but I can't believe she would have before retaining me, and I know she has not since I agreed to represent her a week or so ago.

App. 024

Michael S. Alfred
VerisLaw, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
malfred@verislaw.net
(817) 678-4121 (office)
(214) 402-7719 (mobile)
(512) 717-7230 (facsimile)



---

**From:** Gilliam, Jack <jack.gilliam@blankrome.com>
**Sent:** Friday, July 31, 2026 4:49 PM
**To:** Michael Alfred <malfred@verislaw.net>; Lisa Ruiz <lruiz@verislaw.net>
**Cc:** Harbist, Nicholas <nicholas.harbist@blankrome.com>; Zwillenberg, Naomi <naomi.zwillenberg@blankrome.com>; Altobelli, Megan <megan.altobelli@blankrome.com>; Moore, Greg <greg.moore@blankrome.com>; Lemon, Kenna <kenna.lemon@blankrome.com>
**Subject:** RE: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

Thank you, Michael. We appreciate the quick response.

**Jack Sawyer Gilliam** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5621 | mobile: +1.267.250.7080
jack.gilliam@blankrome.com | bio

---

**From:** Michael Alfred <malfred@verislaw.net>
**Sent:** Friday, July 31, 2026 5:42 PM
**To:** Gilliam, Jack <jack.gilliam@blankrome.com>; Lisa Ruiz <lruiz@verislaw.net>
**Cc:** Harbist, Nicholas <nicholas.harbist@blankrome.com>; Zwillenberg, Naomi <naomi.zwillenberg@blankrome.com>; Altobelli, Megan <megan.altobelli@blankrome.com>; Moore, Greg <greg.moore@blankrome.com>; Lemon, Kenna <kenna.lemon@blankrome.com>
**Subject:** RE: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

Jack, I seriously doubt they did, but will confirm.

Michael S. Alfred
VerisLaw, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
malfred@verislaw.net
(817) 678-4121 (office)
(214) 402-7719 (mobile)
(512) 717-7230 (facsimile)

**App. 025**



---

**From:** Gilliam, Jack <jack.gilliam@blankrome.com>
**Sent:** Friday, July 31, 2026 4:40 PM
**To:** Michael Alfred <malfred@verislaw.net>; Lisa Ruiz <lruiz@verislaw.net>
**Cc:** Harbist, Nicholas <nicholas.harbist@blankrome.com>; Zwillenberg, Naomi <naomi.zwillenberg@blankrome.com>;
Altobelli, Megan <megan.altobelli@blankrome.com>; Moore, Greg <greg.moore@blankrome.com>; Lemon, Kenna
<kenna.lemon@blankrome.com>
**Subject:** FW: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical
Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

Hi Michael –

This afternoon, Defendants Mort, McDowell, Bradbury and Robson filed the attached Notice of Removal.
The Notice states that it is filed "with the consent of all other Defendants who have been properly joined
and served." However, no consents/signatures or other evidence of consent was attached to the Notice.
Can you confirm whether your clients, Dr. Hollnagel and Ms. Seawright, consented to removal and, if so,
when and how that consent was communicated to removing counsel?

Thank you,

Jack

**Jack Sawyer Gilliam** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5621 | mobile: +1.267.250.7080
jack.gilliam@blankrome.com | bio

---

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Friday, July 31, 2026 3:23 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical
Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic
copy of all documents filed electronically, if receipt is required by law or directed by the filer.
PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you
have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are

**App. 026**

not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Powers, G on 7/31/2026 at 3:22 PM CDT and filed on 7/31/2026

| | |
|---|---|
| **Case Name:** | Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al |
| **Case Number:** | 4:26-cv-00944-O |
| **Filer:** | Kevin Robson |
| | Kelly Mort |
| | Stephen Bradbury |
| | Robert Houston McDowell a/k/a Houston McDowell |
| **Document Number:** | 1 |
| **Judge Assigned:** | Reed O'Connor (presiding) |

**Docket Text:**
**NOTICE OF REMOVAL WITH JURY DEMAND filed by Kevin Robson, Kelly Mort, Stephen Bradbury, Robert Houston McDowell a/k/a Houston McDowell. (Filing fee $405; receipt number ATXNDC-16666704) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # (1) Cover Sheet, # (2) Cover Sheet Supplement) (Powers, G)**

**4:26-cv-00944-O Notice has been electronically mailed to:**

Gregory J Moore    greg.moore@blankrome.com, yvette.manzano@blankrome.com

Matthew Weld Meyer    mmeyer@bpwlaw.com, bpearson@ntrial.com, nsnyder@ntrial.com

Megan A Altobelli    megan.altobelli@blankrome.com, courtmail@blankrome.com, kenna.lemon@blankrome.com, treeva.wesley@blankrome.com

Scott Edward Lindsey    slindsey@bpwlaw.com

**App. 027**

**4:26-cv-00944-O The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=7/31/2026] [FileNumber=17339836-0] [a099dcf686ee71f46d50552507d3be4bedd3ac619d66e83339b584b218f638b6cd 7e648836d3207129cf1cc1fbe616b9215e35054bec4875bdc944d28507b20a]]
**Document description:**Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=7/31/2026] [FileNumber=17339836-1] [8210901cabe3d2c0493fc7a744c00f9feebd3f9241cfbbfe2813ebd091b0d8cb13 c83a4a968a2d363a2d137e621670ca3c89d1961091bf7a47da5b6e165e9e67]]
**Document description:**Cover Sheet Supplement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=7/31/2026] [FileNumber=17339836-2] [df90e6b260969edee7452f71e54996b05a46b2a000d502235ca3413e93bbe6df42 9233a70323944ef90821da1b862bf53e67f8d2c3172f5a3f6d3ca0de8e8b26]]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*

**App. 028**

# EXHIBIT E

| | |
|---|---|
| **From:** | Michael Alfred <malfred@verislaw.net> |
| **Sent:** | Tuesday, August 4, 2026 6:36 PM |
| **To:** | Gilliam, Jack; Lisa Ruiz |
| **Cc:** | Harbist, Nicholas; Zwillenberg, Naomi; Altobelli, Megan; Moore, Greg; Lemon, Kenna |
| **Subject:** | RE: Activity in Case 4:26-cv-00944-O Legacy Medical Consultants, LP, Successor In Interest to Legacy Medical Consultants, LLC v. Robert Houston McDowell a/k/a Houston McDowell et al Notice of Removal |

Fyi – the other lawyer is trying to reach out to my clients for removal consent.  We are not consenting.

Do you want me to tell opposing counsel that I represent my clients, do not contact them again, and that we are not consenting, or do you prefer me to just ignore it?

Thanks,
Mike

**Michael S. Alfred**
VerisLaw, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
malfred@verislaw.net
(817) 678-4121 (office)
(214) 402-7719 (mobile)
(512) 717-7230 (facsimile)



App. 030