**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00944-O** |
| | § | |
| **REGIONAL HEALTHCARE GROUP LLC, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Motion to Remand (ECF No. 5) filed on August 11, 2026. The certificate of conference indicates the motion is opposed. *Id.*  The Court finds that expedited briefing is necessary to resolve this motion in a timely fashion. *See* L.R. 7.1. Accordingly, it is **ORDERED** that Defendants' response to this motion is due on or before **August 18, 2026**.  It is further **ORDERED** that if Plaintiff chooses to file a reply, it shall be filed on or before **August 21, 2026**.

SO ORDERED on this **11th day** of **August 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**